**Opinion issued May 18, 2021**



In The

# Court of Appeals

### For The

# First District of Texas

————————————

### NO. 01-21-00227-CR

————————————

## IN RE CHANEL FRANCOIS, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Chanel Francois, has filed a petition for writ of mandamus requesting that we compel the district court to issue an order requiring the Harris County District Clerk to revise information in its records "to reflect that the Indictment has been dismissed as opposed to reflecting only that the case has been disposed."[1] We deny the petition.

---

[1] The underlying case is *State of Texas v. Chanel Francois*, cause number 703374 in the 263rd District Court of Harris County, Texas, the Honorable Amy Martin presiding.

**PER CURIAM**

Panel consists of Justices Goodman, Hightower, and Rivas-Molloy.

Do not publish. TEX. R. APP. P. 47.2(b).